UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

CLIPPER WONSILD TANKERS
  HOLDING A/S and KYLIE SHIPPING   :
COMPANY LTD.
           Plaintiffs,      :

                                       07 CV _____
  - against -              :       ECF CASE

BIODIESEL VENTURES, LLC      :

           Defendant.      :
------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                   )   ss: SOUTHPORT
County of Fairfield   )

Claurisse Campanale Orozco, being duly sworn, deposes and says:

1.     I am a member of the Bar of this Court and represent the Plaintiffs herein. I am

familiar with the facts of this case and make this Affidavit in support of Plaintiffs' prayer for the

issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the

Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

### THE DEFENDANT IS NOT WITHIN THIS DISTRICT

2.     I have attempted to locate the Defendant, BIODIESEL VENTURES, LLC, within

this District. As part of my investigation to locate the Defendant within this District, I checked

the telephone company information directory all area codes within the District, as well as the

white and yellow pages for New York listed on the Internet or World Wide Web, and did not

find a listing for the Defendant. I also checked the New York State Department of Corporations'

online database which showed no listing or registration for the Defendant. I was also unable to

find any information to indicate that the Defendant has a general or managing agent within the District.

3.      I submit that Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4.      Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and intangible property within the District subject to the jurisdiction of this Court.

PRAYER FOR RELIEF FOR AN ORDER ALLOWING SPECIAL PROCESS SERVER

5.      Plaintiffs seek an Order, pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, appointing Thomas L. Tisdale, Claurisse Campanale-Orozco, Lauren C. Davies, or any other partner, associate, paralegal or agent of Tisdale Law Offices, to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action upon the garnishee(s) who, based upon information and belief may hold assets of, for or on account of the Defendant.

6.      Plaintiffs seek this Order to serve the Process of Maritime Attachment and Garnishment will deliberate speed in order to fully protect itself against the potential of being unable to satisfy any judgment or award obtained by Plaintiff against Defendant.

7.      To the extent that Plaintiffs' Application for an Order appointing a special process server does not involve the restraint of physical property, service does not need to be effected by the Marshal's Office. Service sought to be carried out by Plaintiffs is the delivery of the Process of Maritime Attachment and Garnishment to the various garnishees identified in the writ.

## PRAYER FOR RELIEF TO SERVE LATER IDENTIFIED GARNISHEES

8.      Plaintiffs further request that this Court grant it leave to serve any additional

garnishee(s) who may, upon information and belief, obtained in the course of this litigation, to be

holding or believed to be holding, property of the Defendants, within this District.  Obtaining

leave of Court at this time to serve any later identified garnishee(s) will allow for prompt service

of the Writ of Maritime Attachment and Garnishment without the need to present to the Court

amended Process to add future identified garnishee(s).

## PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

9.      Plaintiffs also respectfully request that the Court grant it leave, as set out in the

accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served

on a garnishee to be deemed effective and continuous service of process throughout any given

day on which process is served through the next day, provided that process is served the next

day, to authorize service of process via facsimile or e-mail following initial in personam service.

10.     This is Plaintiffs' first request for this relief made to any Court.


Dated: October 9, 2007
       Southport, CT

_Claurisse C. Orozco_
Claurisse Campanale-Orozco



Sworn and subscribed to before me
this _9th_ day of _Oct_ 2007.


_Dawn Mulsi_
Notary Public