UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CLIPPER WONSILD TANKERS
  HOLDING A/S and KYLIE SHIPPING  :
COMPANY LTD.
             Plaintiffs,        :

      - against -               :

BIODIESEL VENTURES, LLC,       :
FULCRUM POWER SERVICES Lp, and
NATIONAL BIOFUELS Lp            :

            Defendant.       :
-------------------------------------------------------X

07 CV 8704 (DC)
ECF CASE

U.S. DISTRICT COURT
FILED
OCT 2 4 2007
S.D. OF N.Y.

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(C)

Upon motion of the Plaintiffs for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

Upon reading the Amended Affidavit of Claurisse Campanale-Orozco, sworn to October 18, 2007, and good cause having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon Defendants herein and upon the garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon

information developed subsequent hereto by Plaintiffs, may hold assets for or on account of the Defendants; and,

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the garnishee(s) / banking institutions continuously throughout the day, any cop of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: 10/23/07

SO ORDERED,

_____,
United States District Judge