Judith A. Archer (JA-4446)
Sarah E. O'Connell (SO-0928)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10019
Tel.: (212) 318-3000

*Attorneys for Defendant Fulcrum Power Services L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| CLIPPER WONSILD TANKERS HOLDING A/S and KYLIE SHIPPING COMPANY LTD., | : : : : |
| Plaintiffs, | : : : |
| | Index No. 07-CV-8704 (DC) |
| -against- | : : **RULE 7.1 DISCLOSURE STATEMENT** |
| BIODIESEL VENTURES, LLC, FULCRUM POWER SERVICES LP and NATIONAL BIOFUELS LP, | : : : : |
| Defendants. | : : |

------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fulcrum Power Services L.P., a private, non-governmental party, certifies that it has no parent company, and no publicly held corporation owns 10% or more of the partnership units of Fulcrum Power Services L.P.

- 2 -

Dated: January 7, 2008
      New York, New York

                        Respectfully submitted,

By: *Judith A. Archer*/so
      Judith A. Archer (JA-4446)
      Sarah E. O'Connell (SO-0928)
      666 Fifth Avenue
      New York, New York 10103
      Tel.: (212) 318-3000
      Fax: (212) 318-3400

*Attorneys for Defendant*
*Fulcrum Power Services L.P.*

65119082.1      - 2 -