UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CLIPPER WONSILD TANKERS HOLDING A/S and :
KYLIE SHIPPING COMPANY LTD., :
: 07 CV 87074 (DC)
　　　　　　　　　　Plaintiffs, : ECF CASE
:
:
　　　　　- against - : **DEFENDANT**
: **BIODIESEL**
: **VENTURES, LLC's**
: **Rule 7.1 Statement**
BIODIESEL VENTURES, LLC, FULCRUM POWER :
SERVICES Lp, and NATIONAL BIOFUELS, Lp, :
:
　　　　　　　　　　Defendants. :
:
------------------------------------------------------------ x

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Biodiesel Ventures, LLC ("Biodiesel Ventures"), a private non-governmental party, hereby certifies that Biodiesel Ventures is a wholly-owned subsidiary of its parent and co-defendant in this matter, National Biofuels, LP. Biodiesel Ventures' shares are not publicly traded and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York　　　　　Respectfully submitted,
　　　　　January 7, 2008　　　　　　LOCKE LORD BISSELL & LIDDELL LLP

　　　　　　　　　　　　　　　　　　By: /s/ Kevin J. Walsh
　　　　　　　　　　　　　　　　　　　　Kevin J. Walsh (KW 6083)
　　　　　　　　　　　　　　　　　　　　Casey B. Howard (CH 4633)
　　　　　　　　　　　　　　　　　　　　885 Third Avenue, 26th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 11105
　　　　　　　　　　　　　　　　　　　　212.812.8304
　　　　　　　　　　　　　　　　　　　　Fax: 212.812.8364
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Biodiesel Ventures,
　　　　　　　　　　　　　　　　　　　　LLC

OF COUNSEL:

Kenneth E. McKay
**LOCKE LORD BISSELL & LIDDELL LLP**
600 Travis, Suite 3400
Houston, Texas 77002-3095
713.226.1127
Fax: 713.223.3717

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DEFENDANT BIODIESEL VENTURES, LLC'S RULE 7.1 STATEMENT** has been served via ECF in accordance with the Southern District's Rules on Electronic Service on the following counsel, this 7th day of January, 2008:

Claurisse Campanale Orozco
Thomas L. Tisdale
TISDALE LAW OFFICES LLC
11 West 42nd Street, Suite 900
New York, NY 10036

_____
Casey B. Howard

NYC 60397v.1