UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CLIPPER WONSILD TANKERS HOLDING A/S and
KYLIE SHIPPING COMPANY LTD.,

                Plaintiffs,

- against -

BIODIESEL VENTURES, LLC, FULCRUM POWER SERVICES Lp, and NATIONAL BIOFUELS, Lp,

                Defendants.
------------------------------------------------------------------ x

07 CV 87074 (DC)
ECF CASE

**DEFENDANT NATIONAL BIOFUELS, LP's Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant National Biofuels, LP ("NBF"), a private non-governmental party, hereby certifies that NBF has no parent corporation, its shares are not publicly traded, and no publicly-held corporation owns ten percent or more of its stock.

1

Dated: New York, New York
January 7, 2008

Respectfully submitted,
**LOCKE LORD BISSELL & LIDDELL LLP**

By: _____/s/ Kevin J. Walsh_____
Kevin J. Walsh (KW 6083)
Casey B. Howard (CH 4633)
885 Third Avenue, 26th Floor
New York, New York 11105
212.812.8304
Fax: 212.812.8364
Attorneys for Defendant National Biofuels, LP

OF COUNSEL:

Kenneth E. McKay
**LOCKE LORD BISSELL & LIDDELL LLP**
600 Travis, Suite 3400
Houston, Texas 77002-3095
713.226.1127
Fax: 713.223.3717

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of **DEFENDANT NATIONAL BIOFUELS, LP'S RULE 7.1 STATEMENT** has been served via ECF in accordance with the Southern District's Rules on Electronic Service on the following counsel, this 7th day of January, 2008:

Claurisse Campanale Orozco
Thomas L. Tisdale
TISDALE LAW OFFICES LLC
11 West 42nd Street, Suite 900
New York, NY 10036

                                              Casey B. Howard

NYC 60398v.1