**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon
Clerk of the Court**

------------------------------x
Clipper Wonsild Tankers Holding A/S

        Plaintiff(s),              07  Civ.  8704  (DC)

- against -

Kylie Shipping Co. Ltd.,

        Defendant(s).
------------------------------x

    The above-captioned action has been assigned to Judge Denny Chin.

    Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

    This conference will be held on  February 29, 2008 at 11:30 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

    **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned.  All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
            January 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

Sincerely,

David Tam
Courtroom Deputy Clerk
U.S.D.C. - S.D.N.Y.
500 Pearl Street, Rm. 1020
New York, New York  10007
(212) 805-0096