UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CLIPPER WONSILD TANKERS HOLDING A/S :
and KYLIE SHIPPING COMPANY LTD.,
                                   :   **ORDER**
              Plaintiffs,
                                   :   07 Civ. 8704 (DC)
       - against -
                                   :
BIODIESEL VENTURES LLC et al.,
                                   :
              Defendants.
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

   The parties having consented to stay proceedings in this matter pending the resolution of the related arbitration proceedings in London, IT IS HEREBY ORDERED that all proceedings herein are stayed and this case is placed on the Court's suspense calendar.

   The parties shall advise the Court when the related arbitration proceedings have concluded.

   SO ORDERED.

Dated: New York, New York
    June 20, 2008

                  _____
                  DENNY CHIN
                  United States District Judge